# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
MIDDLE DISTRCT District of Florida

Case Number: 6:19-2450-ORL-40DCI

Plaintiff:
**TAVIA WAGNER**

vs.

Defendant:
**FRATELLI'S PIZZERIA & ITALIAN RESTAURANT, INC.**

For:
JOE M QUICK, P.A., LAW OFFICES
1224 S PENINSULA DR
#604
DAYTONA BEACH, FL 32118

Received by MAX J GARCIA, INC. on the 6th day of January, 2020 at 10:01 am to be served on **FRATELLI'S PIZZERIA & ITALIAN RESTAURANT, INC. JOHNNY MCNEIL-REGISTERED AGENT, 7235 BONNEVAL RD, STE 227, JACKSONVILLE, Duval County, FL 21145**.

I, RONALD E TAYLOR, being duly sworn, depose and say that on the **17th day of January, 2020** at **11:20 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **ANGELA GILES** as **DIRECTOR OF HOSPITALITY AND TENANT RELATIONS**, a person employed therein and authorized to accept service for **FRATELLI'S PIZZERIA & ITALIAN RESTAURANT, INC.** at the address of: **SALEN CENTRE, 7235 BONNEVAL RD, JACKSONVILLE, Duval County, FL 32256**, the within named person's usual place of **Work**, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
1/17/2020 11:20 am Assigned Type of Service: SUBSTITUTE - BUSINESS
THE SERVICE ADDRESS OF 7235 BONNEVAL ROAD, SUITE 227 , JACKSONVILLE, FLORIDA 32256 IS A VIRTUAL OFFICE WITH ONE PERSON WITHIN THE OFFICE, WHICH IS JOHNNY MCNEIL. THE REGISTERED AGENT FOR FRATELLI'S PIZZA & ITALIAN RESTUARANT, INC. ANGELA "ANGI" GILES IS THE DIRECTOR OF HOSPITALITY AND TENANT RELATIONS FOR SALEM CENTRE, AND SHE IS THE CONTACT PERSON FOR ALL OF THE VITUAL OFFICES AND OR TENANTS.

## AFFIDAVIT OF SERVICE For 6:19-2450-ORL-40DCI

I certify that I am over the age of 18, have no interest in the above action, and am a duly appointed Special Process Server, in good standing, pursuant to Florida Statue 48.021 (2).

Subscribed and Sworn to before me on the 20th day of January, 2020 by the affiant who is personally known to me.

*Ellesha Marie Morgan*
NOTARY PUBLIC


ELLESHA MARIE MORGAN
MY COMMISSION # GG068837
EXPIRES February 01, 2021

RONALD E TAYLOR
License #35

MAX J GARCIA, INC.
145 East Rich Avenue
Suite G
Deland, FL 32724
(386) 624-6943

Our Job Serial Number: MJG-2020000137

Copyright ©1992-2010 Database Services, Inc. - Process Server's Toolbox V8.0n