**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| TAVIA WAGNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.  6:19-cv-02450 |
| FRATELLI'S PIZZERIA & ITALIAN ) | |
| RESTAURANT INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND FOR INSPECTION PERIOD OF LOCATION**

Defendant, FRATELLI'S PIZZERIA & ITALIAN RESTAURANT INC., respectfully moves this Court for a brief extension of time of three (3) weeks for it to serve its response to the Complaint of Plaintiff, TAVIA WAGNER, to permit Plaintiff to inspect Defendant's facility, and for Plaintiff to provide Defendant with Plaintiff's expert report. In support thereof, Defendant states:

1. Plaintiff filed the Complaint on December 30, 2019 alleging Defendant violated the Americans with Disabilities Act. Plaintiff served Defendant on January 17, 2020. (Doc. 9). Unless the court extends the deadline, Defendant is due to respond to the Complaint on February 7, 2020. The Court entered the ADA Scheduling Order (Doc. 6) on January 6, 2020 which set a deadline of February 16, 2020 to permit inspection of Defendant's facility and a deadline of March 17, 2020. To properly respond to the Complaint, Defendant's counsel is analyzing issues related to Plaintiff's claims. Furthermore, the Parties are exploring the possibility of early resolution in this matter.

2. To permit the Parties to continue their discussions and to avoid additional costs and fees, Defendant respectfully requests a three (3) week extension on the deadline to respond to the Complaint, to permit Plaintiff to inspect Defendant's facility, and for Plaintiff to provide Defendant with Plaintiff's expert report. Specifically, Defendants request that the Response to the Complaint Deadline be scheduled for February 28, 2020, the inspection period be extended to March 9, 2020, and that Plaintiff's deadline to provide Defendant with a copy of Plaintiff's expert report be extended to April 7, 2020.

3. When an act may or must be done within a specified time, the Court may, for good cause, extend the time, with or without motion or notice, if the request is made before the original time or its extension expires. *See* Fed. R. Civ. P. 6(b).

4. This request is being made before the original deadline expires.

5. This extension is not being sought for the purposes of delay, nor will this brief extension prejudice any party to the litigation.

6. The undersigned has discussed the subject matter of this Motion with Plaintiff's counsel, who is not opposed to the relief sought herein.

WHEREFORE, FRATELLI'S PIZZERIA & ITALIAN RESTURANT INC. respectfully requests an extension of time of three (3) weeks to respond to Plaintiff's Complaint, to permit Plaintiff to inspect Defendant's facility, and for Plaintiff to provide Defendant with Plaintiff's expert report. Specifically, Defendants request that the Response to the Complaint Deadline be scheduled for February 28, 2020, the inspection period be extended to March 9, 2020, and that Plaintiff's deadline to provide Defendant with a copy of Plaintiff's expert report be extended to April 7, 2020.

## CERTIFICATION OF CONFERENCE WITH COUNSEL

Pursuant to Local Rule 3.01(g), the undersigned counsel certifies that he conferred with Plaintiff's counsel regarding the subject matter of this motion, and Plaintiff is not opposed to the relief sought herein.

DATED this 7th day of February, 2020.

    Respectfully submitted,

    By: */s/ Jesse Unruh*
    Jesse Unruh
    Florida Bar # 93121
    **SPIRE LAW, LLC**
    12249 Science Drive
    Suite 155
    Orlando, FL 32826
    (407) 494-0135
    jesse@spirelawfirm.com
    www.spirelawfirm.com

    Attorney for Defendant | Fratelli's Pizzeria & Italian Restaurant Inc.

## CERTIFICATE OF SERVICE

I hereby Certify that on this this 7th day of February 2020 the foregoing was electronically filed with the Court by using the Middle District of Florida CM/ECF portal, which will send a notice of electronic filing to all counsel of record.

    /s/ Jesse Unruh
    Jesse Unruh