**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| TAVIA WAGNER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) Case No. 6:19-cv-02450-PGB-DCI <br> FRATELLI'S PIZZERIA & ITALIAN ) <br> RESTAURANT INC., ) <br> ) <br> Defendant. ) <br> ) | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, TAVIA WAGNER, and Defendant, FRATELLI'S PIZZERIA & ITALIAN RESTAURANT, INC. (collectively "the Parties"), hereby give notice that the Parties have reached an amicable resolution with respect to all claims that the Plaintiff asserted against Defendant in this action. The Parties respectfully request that the Court: (1) provide the Parties with thirty (30) days to file an appropriate motion with the Court and (2) retain jurisdiction over this action and the settlement thereof.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

www.spirelawfirm.com
Employment Attorneys

DATED this 27th day of February, 2020.

Respectfully submitted,

By: /s/Joe M. Quick, Esq.
Joe M. Quick, Esq.
Bar Number 0883794
Law Office of Joe M. Quick, Esq.
I224 S. Peninsula drive #604
Daytona Beach, Florida 32118
Telephone: 386.212.3591
Email: JMQuickEsq@gmail.com

Attorney for Plaintiff | Tavia Wagner

By: /s/Heather M. Meglino
Heather M. Meglino, Esq.
Florida Bar No. 091857
Spire Law, LLC
12249 Science Drive, Suite 155
Orlando, Florida 32826
heather@spirelawfirm.com
www.spirelawfirm.com

Attorney for Defendant | Fratelli's Pizzeria & Italian Restaurant Inc.

## CERTIFICATE OF SERVICE

I hereby Certify that on this 27th day of February, 2020, the foregoing was electronically filed with the Court by using the Middle District of Florida CM/ECF portal, which will send a notice of electronic filing to: Joe Quick, Esq. at JMQuickEsq@gmail.com, at 1224 S. Peninsula Dr Ste 316, Daytona Beach, Florida 32118-4856.

/s/ Heather M. Meglino, Esq.
Heather M. Meglino