## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CASE No.: 6:19-cv-02450-PGB-DCI

TAVIA WAGNER,

    Plaintiff,

vs.

FRATELLI'S PIZZERIA &
ITALIAN RESTAURANT INC.

    Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff TAVIA WAGNER, and Defendant FRATELLI'S PIZZERIA & ITALIAN RESTAURANT, INC., by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal, with prejudice, of this action, against Defendant, FRATELLI'S PIZZERIA & ITALIAN RESTAURANT, INC.

Respectfully submitted this 18th day of March 2020

| | |
|---|---|
| By: /s/Joe M. Quick, Esq. | By: /s/Heather M. Meglino |
| Joe M. Quick, Esq. | Heather M. Meglino |
| Florida Bar No.: 0883794 | Florida Bar No.:91857 |
| Law Offices of Joe M. Quick, P.A. | Spire Law, LLC |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| 1224 S. Peninsula Drive #619 | 12249 Science Drive Suite 155 |
| Daytona Beach, Florida 32118 | Orlando, Florida 32826 |
| Tel: (386) 212-3591 | Tel: (407) 494-0135 |
| E-mail: JMQuickesq@gmail.com | Email: heather@spirelawfirm.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of March 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

      By: /s/Joe M. Quick, Esq.
Joe M. Quick, Esq.
Florida Bar No.: 0883794
Attorney for Plaintiff
Law Offices of Joe M. Quick, P.A.
1224 S. Peninsula Drive #619
Daytona Beach, Florida  32118
Tel: (386) 212-3591
E-mail: JMQuickesq@gmail.com